UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT C. WOLSCHLAGER,

       Plaintiff,

                                                          Case Number 05-10261-BC
v.                                                      Honorable David M. Lawson

SCOTT ZALESKI,

       Defendant.
_____/

## **JUDGMENT**

In accordance with the Order adopting the recommendation and report of the magistrate judge entered on April 13, 2006,

It is **ORDERED AND ADJUDGED** that the plaintiff take nothing on his complaint and the complaint is dismissed with prejudice.


Dated: April 14, 2006                          s/David M. Lawson
                                                        DAVID M. LAWSON
                                                         United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 14, 2006.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS